FILED

10/16/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0521

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 24-0521

FRANK RAISER, M.D.,

        Plaintiff and Appellee,

   v.

ST. JAMES HEALTHCARE,

        Defendant and Appellant.

## [PROPOSED] ORDER GRANTING EXTENSION

For good cause appearing, Appellant St. James Healthcare's Unopposed motion to extend the deadline for Appellant's opening brief is GRANTED. Mont. R. App. P. 26(1). Appellant's opening brief shall be due on December 6, 2024.

_____

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
October 16 2024